5243RULE7.1/5243KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English (CE9890)
75 Maiden Lane, Suite 402
New York, New York  10038-4816
Telephone:  212-430-0800
Telecopier:  212-430-0810
Attorneys for Plaintiff



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WINDROSE LINE, A DIVISION OF ROHDE & ) 07 CIV 9447
LIESENFELD GMBH & CO., HAMBURG,      )     07 Civ. ( )
                                     )
                  Plaintiff,         )     RULE 7.1 STATEMENT
                                     )
          - v. -                     )
                                     )
M/V MSC REGINA, her engines, tackle, )
apparel, etc., in rem,               )
                                     )
          - and against -            )
                                     )
MEDITERRANEAN SHIPPING COMPANY S.A., )
GENEVA, MEDITERRANEAN SHIPPING       )
COMPANY (USA) INC., MEDITERRANEAN    )
SHIPPING CO. SRL, MED ROMEO SA, in   )
personas,                            )
                                     )
                  Defendants.        )
                                     )

---

JUDGE SCHEINDLIN

        Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the plaintiff certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

                              NONE

1

Dated: New York, New York          KENNEDY LILLIS SCHMIDT & ENGLISH
       October 23, 2007              Attorneys for Plaintiff

                                   By: _____
                                        Craig S. English (CE9890)
                                        75 Maiden Lane, Suite 402
                                        New York, New York  10038-4816
                                        Telephone: 212-430-0800