LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Defendants
MEDITERRANEAN SHIPPING COMPANY, S.A.
MEDITERRANEAN SHIPPING COMPANY (USA) INC., and
MEDITERRANEAN SHIPPING CO. SRL.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WINDROSE LINE, A DIVISION OF ROHDE &
LIESENFELD GMBH & CO., HAMBURG,

     Plaintiff,

 -against-

M/V "MSC REGINA", her engines, tackle,
boilers, etc. in rem;

 - and against-

MEDITERRANEAN SHIPPING COMPANY. S.A.,
GENEVA, MEDITERRANEAN SHIPPING
COMPANY (USA) INC., MEDITERRANEAN
SHIPPING CO. SRL, MED ROMEO SA, In personas;




     Defendant.
------------------------------------------------------------X

**ECF Case**

07 Civ. 9447 (SAS)

**RULE 7.1
STATEMENT**

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Defendants MEDITERRANEAN SHIPPING COMPANY, S.A., MEDITERRANEAN SHIPPING COMPANY (USA) INC., MEDITERRANEAN SHIPPING CO. SRL., certifies upon information and belief that said Defendants are not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Defendants which

are otherwise publicly held in the United States.

Dated: November 26, 2007
      New York, New York

                            LYONS & FLOOD, LLP
                            Attorneys for Defendants
                            MEDITERRANEAN SHIPPING COMPANY, S.A.
                            MEDITERRANEAN SHIPPING COMPANY
                            (USA) INC., and MEDITERRANEAN SHIPPING
                            CO. SRL.,

By: _____
                          Edward P. Flood (EPF-5797)
                          65 West 36th Street, 7th Floor
                          New York, New York 10018

U:\FLOODDOC\2549096\pleadings\Rule 7.1.doc