USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

WINDROSE LINE,

        Plaintiff,

- against -

M/V MSC REGINA, MEDITERRANEAN SHIPPING COMPANY S.A. GENEVA, MEDITERRANEAN SHIPPING COMPANY USA INC., MEDITERRANEAN SHIPPING CO. SRL, and MED ROMEO SA,

        Defendants.
------------------------------------X

SOL CONTROL SRL,

        Plaintiff,

- against -

M/V "MSC REGINA," WINDROSE LINE, ROHDE & LIESENFELD, INC., MEDITERRANEAN SHIPPING CO. S.A., MEDITERRANEAN SHIPPING CO. (USA) INC., MEDITERRANEAN SHIPPING CO. SRL, and MED ROMEO SA,

        Defendants.
------------------------------------X

**CONSOLIDATION ORDER**

07 Civ. 9447 (SAS)

07 Civ. 1445 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

       IT IS HEREBY ORDERED that case number 07 Civ. 9447 (SAS) be consolidated into related case number 07 Civ. 9506 (SAS) for all purposes and all subsequent filings be filed under that lead case number. The Clerk of the Court is

directed to close case number 07 Civ. 9447 (SAS).

SO ORDERED:

_____
Shira A. Scheindlin
U.S.D.J.

Dated:       New York, New York
             December 10, 2007

- Appearances -

**For Windrose Line:**

Craig S. English, Esq.
Kennedy Lillis Schmidt & English
75 Maiden Lane
New York, New York 10038
(212) 430-0800

**For SOL Control SRL:**

David L. Mazaroli, Esq.
Law Offices of David L. Mazaroli
11 Park Place - Suite 1214
New York, New York 10007
(212) 267-8480

**For Defendants:**

Edward P. Flood, Esq.
Lyons & Flood, LLP
65 West 36th Street - 7th Floor
New York, New York 10018
(212)0 594-2400